IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAKE JENKINS (TDCJ No. 2142692), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:17-CV-1376-M |
| LASALLE SOUTHWEST CORRECTIONS AND JOHNSON COUNTY, | § § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. An objection was filed by Plaintiff on July 26, 2018. Defendants filed a response on August 3, 2018. The District Court reviewed *de novo* those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made, and reviewed the remaining proposed Findings, Conclusions, and Recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 7th day of August, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE