IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAKE JENKINS<br>(TDCJ No. 2142692),<br><br>   Plaintiff,<br><br>V.<br><br>LASALLE SOUTHWEST<br>CORRECTIONS AND JOHNSON<br>COUNTY,<br><br>   Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:17-cv-1376-M |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. An objection was filed by Plaintiff [Dkt. No. 64] and response by Defendants [Dkt. No. 69].

The District Court reviewed *de novo* those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made, and reviewed the remaining proposed Findings, Conclusions, and Recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore DENIES Plaintiff Jake Jenkins's motion for post-judgment relief under Federal Rule of Civil Procedure 60(b) [Dkt. Nos. 44] and Defendants LaSalle Southwest Corrections and Johnson County's motion for leave

to file a sur-reply [Dkt. No. 58].

SO ORDERED this 30 day of April, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE